PETER S. DICKINSON (SBN 139495)
pdickinson@BushGottlieb.com
ERICA DEUTSCH (SBN 204427)
edeutsch@BushGottlieb.com
BUSH GOTTLIEB SINGER LÓPEZ
KOHANSKI ADELSTEIN & DICKINSON
A Law Corporation
500 North Central Avenue, Suite 800
Glendale, California 91203-3345
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

Attorneys for Trustees of the Screen
Actors Guild-Producers Pension Plan and
Trustees of the Screen Actors Guild-
Producers Health Plan



FILED
CLERK, U.S. DISTRICT COURT
SEP 15 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCERS PENSION PLAN; and TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCERS HEALTH PLAN,<br><br>Plaintiffs,<br><br>vs.<br><br>KABLE PRODUCTIONS LLC., a California limited liability company; LAKESHORE ENTERTAINMENT GROUP, LLC., a California limited liability company,<br><br>Defendants. | CASE NO. CV10-03454 SVW (MANx)<br><br>**ORDER RE: STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Rule 41(a)(1)(A)(ii)] |

The Parties, having agreed upon a settlement resolving this entire action, stipulated and agreed that this entire action by Plaintiffs against Kable Productions, LLC and Lakeshore Entertainment Group, LLC shall be dismissed with prejudice

///

///

///

228372.1 11630-19020

ORDER RE STIPULATION TO DISMISS ACTION WITH PREJUDICE AND ORDER

1 | pursuant to Fed.R.Civ.P 41(a)(1)(A(ii) with each party to bear its own costs and
2 | fees.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**

Dated: 9/13/10

_____
United States District Judge